UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SCOTT EVERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:12-cv-118 |
| | ) (Phillips/Guyton) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

JUDGMENT ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, the Report and Recommendation of the magistrate judge [Doc. 23] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that the Plaintiff's Motion for Judgment on the Pleadings [Doc. 15] is **DENIED;** the Defendant Commissioner's Motion for Summary Judgment [Doc. 17] is **GRANTED**.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge